UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 14-19866 |
|---|---|
| Gregory W Jackson Jr | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/28/2014.

2) The plan was confirmed on 09/16/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/25/2015.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,498.21 |
| Less amount refunded to debtor | $792.46 |

**NET RECEIPTS:** $10,705.75

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,976.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $459.41 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,435.41

Attorney fees paid and disclosed by debtor: $24.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Management Ser | Unsecured | 769.00 | 595.40 | 595.40 | 0.00 | 0.00 |
| AMCOL Systems | Unsecured | 154.84 | NA | NA | 0.00 | 0.00 |
| Amcol Systems Inc | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| Amcol Systems Inc | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Ameican Medical Collection Agency | Unsecured | 17.96 | NA | NA | 0.00 | 0.00 |
| Athletico LTD | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Be Well Medical Center Pc | Unsecured | 187.09 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 11,175.00 | 14,252.87 | 11,175.00 | 5,130.10 | 326.88 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 2,933.00 | NA | 3,077.87 | 0.00 | 0.00 |
| Cba | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Chicago Health Medical Group | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Cmre Finance | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Cmre Finance | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| Cmre Finance | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Congress Collection Corp | Unsecured | 311.84 | NA | NA | 0.00 | 0.00 |
| Credit Bureau Collection Services | Unsecured | 55.08 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Dennis Kelly DO | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Dte Energy | Unsecured | 1,051.00 | NA | NA | 0.00 | 0.00 |
| Emergency Room Care, SC | Unsecured | 12.75 | NA | NA | 0.00 | 0.00 |
| FLAGSTAR BANK | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,128.00 | 7,599.01 | 7,599.01 | 598.43 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 425.00 | 425.00 | 0.00 | 0.00 |
| Jason Armstrong, D.D.S. | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| Laboratory Corporation of America | Unsecured | 135.14 | NA | NA | 0.00 | 0.00 |
| M & M Credit | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES | Unsecured | 12.60 | NA | NA | 0.00 | 0.00 |
| Metro Republic Commercial Service | Unsecured | 1,154.45 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN ADVANCED RAD SE | Unsecured | 29.25 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MICHIGAN BELL TELEPHONE CO | Unsecured | NA | 264.51 | 264.51 | 0.00 | 0.00 |
| Michigan Hand and Sports Centers | Unsecured | 45.04 | NA | NA | 0.00 | 0.00 |
| Michigan Treasury | Unsecured | 182.17 | NA | NA | 0.00 | 0.00 |
| Midland | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Midwest Receivable Solutions | Unsecured | 196.44 | NA | NA | 0.00 | 0.00 |
| Mnet Fin Inc | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 1,014.00 | 1,788.59 | 1,788.59 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 167,863.00 | 172,906.02 | 172,906.02 | 0.00 | 0.00 |
| Oakland Regional Hosp-CRNA | Unsecured | 36.72 | NA | NA | 0.00 | 0.00 |
| OKINUS INC | Unsecured | 184.00 | NA | 226.55 | 0.00 | 0.00 |
| OKINUS INC | Secured | 0.00 | 226.55 | 226.55 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,090.00 | 2,270.35 | 2,270.35 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,357.00 | 1,357.34 | 1,357.34 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 376.00 | 376.50 | 376.50 | 0.00 | 0.00 |
| Presence Saint Joseph Hospital | Unsecured | 202.62 | NA | NA | 0.00 | 0.00 |
| Professional ACCT | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Receivable Solution Sp | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 703.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| St. John Hospital & Medical Center | Unsecured | 12.05 | NA | NA | 0.00 | 0.00 |
| Take Care Health Systems | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| UroPartners LLC | Unsecured | 30.30 | NA | NA | 0.00 | 0.00 |
| Walden University | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Weiss Memorial Hospital | Unsecured | 25.58 | NA | NA | 0.00 | 0.00 |
| Weiss Memorial Hospital | Unsecured | 182.69 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 400.36 | NA | 0.61 | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Secured | 366.00 | 366.61 | 366.00 | 207.73 | 7.20 |
| WINGS FINANCIAL FCU | Unsecured | 20,505.00 | 33,456.18 | 33,456.18 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,175.00 | $5,130.10 | $326.88 |
| All Other Secured | $592.55 | $207.73 | $7.20 |
| **TOTAL SECURED:** | **$11,767.55** | **$5,337.83** | **$334.08** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,599.01 | $598.43 | $0.00 |
| **TOTAL PRIORITY:** | **$7,599.01** | **$598.43** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$216,744.92** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,435.41 |
| Disbursements to Creditors | $6,270.34 |
| **TOTAL DISBURSEMENTS** : | **$10,705.75** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/11/2015         By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**